UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: § CASE NO: 08-61341-RBK
§
SANDI RICHTER, §
§
DEBTOR § CHAPTER 7

## DEPOSIT OF SMALL OR UNCLAIMED FUNDS

The undersigned Trustee reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__xx__ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee remits herewith his checks in the total amount shown on Exhibit "a" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq.).

Dated: January 12, 2010.

/s/ James E. Studensky
James E. Studensky
Chapter 7 Trustee
Texas State Bar No. 19440000
3912 West Waco Dr.
Waco, Texas 76710
254-776-9630
254-296-0190 (fax)

EXHIBIT "A"

PLEASE CHECK ONE:

_____        Small Dividends

  xx   _        Unclaimed Dividends

| Name and Address | Claim No. | | Amount |
|---|---|---|---|
| National Loan Recoveries, LLC | 000003 | | $2,636.18 |
| Richard J. Boudreau and Associates, LLC | | | |
| 5 Industrial Way | | | |
| Salem, NH  03079 | | TOTAL | $2,636.18 |